UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

JAMES A. MENTEK, JR.,

Civil No. 00-1249 (DSD/JMM)

Plaintiff,

v.

ORDER

Ms. HANSON (HSA), PRISON HEALTH SERVICES, HOYT A. BRILL (Warden), and CORRECTIONS CORPORATION OF AMERICA,

Defendants.

Plaintiff, a prisoner at the Prairie Correctional Facility in Appleton, Minnesota, ("PCF"), has filed a civil rights action under 42 U.S.C. § 1983, claiming that Defendants violated his rights under the Eighth Amendment to the U.S. Constitution.

The Court will not rule on the adequacy of Plaintiff's pleading at this time, (see 28 U.S.C. § 1915A), and will require an answer or other responsive pleading to be filed by those Defendants upon whom service of process is effected, notwithstanding the provisions of 42 U.S.C. § 1997e(g). Plaintiff shall be required to serve a copy of this order with the summons and Complaint, so that Defendants will be apprised of their obligation to file a responsive pleading.

Based upon the above, and upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that:

FILED 5/31/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

1. Plaintiff shall be responsible for serving a copy of this order with the summons and Complaint; and

2. Those defendants on whom service of process is effected shall be required to file a timely response to the Complaint, notwithstanding the provisions of 42 U.S.C. § 1997e(g).

Dated: ____________, 2000

JOHN M. MASON
United States Magistrate Judge