UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES A. MENTEK, JR., CIVIL NO. 00-1249 (DSD/JMM)

Plaintiff,

v. ORDER

MS. S. HANSON (HSA), PRISON HEALTH SERVICES, HOYT A. BRILL (WARDEN), THOMAS RICE (ASST. WARDEN), and CORRECTIONS CORPORATION OF AMERICA,

Defendants.

There is pending before this Court the Amended Supplemental Complaint of Plaintiff [Docket No. 6]. By Order filed January 31, 2001 [Docket No. 35], the District Court ordered that the Complaint be dismissed except as follows: "Plaintiff's state law claims (negligence/gross negligence and statutory medical records access violations) remain viable as to defendants Brill, Rice and CCA. All claims, both state and federal, remain viable as to defendants Hanson and Prison Health Services until such time as these defendants file a fully-briefed dispositive motion."

Defendants Brill, Rice and CCA have filed a Motion to Dismiss the state law claims which remain pending against them [Docket Nos. 32, 33]. Plaintiff has not yet responded. Defendants Hanson and Prison Health Services have not yet filed their dispositive motions. This Order establishes the deadlines for the Parties to complete the action stated.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

FILED FEB 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IT IS HEREBY ORDERED:

1. No later than February 28, 2001, Defendants Hanson and Prison Health Services shall serve and file their fully-briefed dispositive Motion.

2. No later than March 30, 2001, Plaintiff shall serve and file his written response to the Motion to Dismiss of Defendants Brill, Rice and CCA.

3. No later than March 30, 2001, Plaintiff shall serve and file his written Response to any Motions timely filed by Defendants Hanson and Prison Health Services.

4. Defendants may serve and file their Reply to the Plaintiff's Response to their Motions no later than April 6, 2001.

The Court will thereupon take all Motions under advisement, and will duly issue a Report and Recommendation to the District Court.

Dated: February 6, 2001

JOHN M. MASON
United States Magistrate Judge