UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES A. MENTEK, CIVIL NO. 00-1249 (DSD/JMM)

Plaintiff,

v. ORDER

MS. S. HANSON (HSA), PRISON HEALTH SERVICES, HOYT A. BRILL (Warden), THOMAS RICE (Asst. Warden), and CORRECTIONS CORPORATION OF AMERICA,

Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated April 24, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED as follows:

1. That Plaintiff's Motion to Voluntarily Dismiss Without Prejudice [Docket No. 40] is denied in part and granted in part as follows:

a. Plaintiff's Motion to Voluntarily Dismiss is denied insofar as it seeks to dismiss without prejudice those claims which have already been ordered to be dismissed with prejudice.

b. Plaintiff's Motion is granted in part, and that the remaining claims in the Complaint are dismissed. Prior to filing any Complaint containing allegations as to any of the conduct which is the subject matter of

MAY 11 2001
FILED ______
FRANCIS E. DOSAL, CLERK MAY 11 2001
Judgment Ent'd. ______
Deputy Clerk's Initials ______

the instant Complaint, Plaintiff shall certify that he has paid to Defendants' their costs incurred in this action, and $100 in attorneys' fees to each of the Defendants in this matter.

2. Defendants Hoyt Brill, Corrections Corporation of America and Thomas Rice's Motion to Dismiss [Docket No. 32] is denied as moot;

3. Defendant Ms. S. Hanson's Motion for Summary Judgment [Docket No. 37] is denied as moot;

4. Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [Docket No. 44] is denied as moot; and

5. Defendant Prison Health Services' Motion for Extension of Time to Be Included as a Party Defendant Requesting Summary Judgment [Docket No. 45] is denied as moot.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 5/11/01

DAVID S. DOTY
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.