# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

James A. Mentek

Plaintiff

v.

Ms. S Hanson (HSA), Prison Health Services, Hoyt A. Brill (Warden), Thomas Rice (Asst. Warden) and Corrections Corporation of America

Defendants

Case No. Civil 00-1249 DSD/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion to voluntarily dismiss without prejudice is denied in part and granted in part. Defendants Hoyt Brill, Corrections Corporation of America and Thomas Rice's motion to dismiss is denied as moot. Defendant Ms. S. Hanson's motion for summary judgment is denied as moot. Plaintiff's motion for summary judgment is denied as moot. Defendant Prison Health Services' motion for extension of time to be included as a party defendant requesting summary judgment is denied as moot.

DATE: May 11, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk